UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAJI RAB,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>SHIRLEY WEBER, in her official capacity as California Secretary of State,<br><br>Defendant - Appellee. | No. 26-6285<br><br>D.C. No. 2:26-cv-08040-KK-SK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: W. FLETCHER, DESAI, and DE ALBA, Circuit Judges.

This court lacks jurisdiction over this appeal because the August 18, 2026 order challenged in the notice of appeal is not final or immediately appealable. *See* 28 U.S.C. § 1291; *Religious Tech. Ctr. v. Scott*, 869 F.2d 1306 (9th Cir. 1989) (denial of temporary restraining order is appealable only if the denial is tantamount to the denial of a preliminary injunction). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

Appellant's motion (Docket Entry No. 6) for an injunction pending appeal is denied as moot.

**DISMISSED.**